**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **MARIE DUPERVAL,** | **CASE NO.:** |
| **Plaintiff,** | |
| **v.** | |
| **JIMMY PERALTA-PENA, NORLIN REYES, AND CRST SPECIALIZED TRANSPORTATION, INC.,** | **PETITION FOR REMOVAL BASED UPON DIVERSITY OF CITIZENSHIP** |
| **Defendants.** | **OCTOBER 23, 2019** |

**TO: Clerk of the United States District Court**
**District of Connecticut**

NOW COME defendants/petitioners, JIMMY PERALTA-PENA, NORLIN REYES, and CRST SPECIALIZED TRANSPORTATION, INC. (hereafter collectively referred to as "Petitioners"), by and through their undersigned counsel, and respectfully petition this Honorable Court as follows:

1. Petitioners are defendants in a civil action captioned *Marie Duperval v. Jimmy Peralta-Pena, et al.,* which matter is pending in the Connecticut Superior Court, Judicial District of Fairfield at Bridgeport, docket no. FBT-CV19-6090434-S (hereafter "the state court action"). A copy of the Summons and Complaint in the state court action is attached hereto as Exhibit A.

2. The Complaint in the state court action sounds in negligence and arises from a motor vehicle accident alleged to have occurred November 2, 2018, on Route 33 in Wilton,

Connecticut. It is alleged that as plaintiff Marie Duperval was stopped at a red light on Route 33 southbound, her vehicle was struck from behind by a vehicle operated by petitioner/defendant Peralta-Pena. It is alleged that this collision and the injuries described below were caused by the negligence and carelessness of Peralta-Pena, in numerous respects. It is further alleged that the vehicle operated by Peralta-Pena was owned by petitioners/defendants Norlin Reyes and/or CRST Specialized Transportation, Inc. ("CRST"). It is further alleged that at the time of the accident, Peralta-Pena was acting as the servant, agent, or employee of Reyes and/or CRST. *Please see Complaint, First Count,* ¶¶ *1-5.*

3. The Plaintiff claims to have sustained severe and permanent injuries from this accident, including lumbar radiculopathy, lumbar strain/sprain, sprains of the ligaments of the lumbar spine, lumbar nerve root compression, reduced lumbar range of motion, cervical radiculopathy, cervical strain/sprain, sprains of the ligaments of the cervical spine, cervical nerve root compression, reduced cervical range of motion, cephalgia, sprain/strains of the thoracic spine, reduced range of motion of the thoracic spine, bilateral shoulder injuries, bilateral elbow injuries, right elbow tendonitis, bilateral leg injuries, bilateral knee injuries, headaches, dizziness, muscle spasms, sleep disturbance, and various bruises and contusions of her head, body and limbs. *Complaint, First Count,* ¶*6.* The Plaintiff further alleges that her injuries are permanent, and have resulted in great mental and physical suffering, as well as her being "permanently restricted and deprived of the usual pleasures, pursuits, diversions and recreations of life." *Complaint, First*

*Count,* ¶*7.* The Plaintiff further claims to have incurred expenses for medical care and attention, and that she may continue to do so in the future. *Complaint, First Count,* ¶*8.*

4. This action is being removed to the District Court pursuant to Title 28, United States Code § 1441(a). In support of this Petition for Removal, Petitioners respectfully state and represent to the Court as follows:
    a. By Complaint dated September 20, 2019, Plaintiff filed suit against Petitioners. Service was accomplished upon Petitioners on October 1, 2019. The Complaint seeks venue in the Connecticut Superior Court, Judicial District of Fairfield at Bridgeport.
    b. The Plaintiff is a resident of Norwalk, Connecticut. *Please see Summons.*
    c. Petitioner Jimmy Peralta-Pena is and at all times was an individual residing and domiciled in New Brunswick, New Jersey. Id.
    d. Petitioner Norlin Reyes is and at all times relevant was an individual residing and domiciled in New Brunswick, New Jersey.
    e. Petitioner CRST Specialized Transportation, Inc., is a corporation organized and existing under the laws of the State of Indiana, with its principal place of business being Cedar Rapids, Iowa.
5. In her Complaint, the Plaintiff alleges that as a result of the subject accident and the negligence of Petitioners, she sustained certain serious injuries and losses as described in Paragraph 3 above. She has alleged that some or all of these injuries are permanent. The Plaintiff further claims to have sustained economic damages in the form of past and

future medical expenses. In view of the injury and damages claims being made, the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

6. This Court has original jurisdiction over this Action pursuant to 28 U.S.C. §1332(a)(1) because there is complete diversity of citizenship between Plaintiff and Petitioners, and because the amount in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs.

7. Venue is proper pursuant to 28 U.S.C. §1391(a) and (b), because the events giving rise to Plaintiffs' claims occurred within the State of Connecticut and Petitioners are subject to personal jurisdiction in Connecticut.

8. Pursuant to 28 U.S.C. §1446(d), Petitioners have notified the Connecticut Superior Court, Judicial District of Fairfield at Bridgeport, of the filing of this Petition. *Please see Exhibit B.*

WHEREFORE, based upon the foregoing, Petitioners respectfully request that the state court action be removed to the United States District Court for the District of Connecticut pursuant to 28 U.S.C. §1441(a), and that further proceedings in the Superior Court of Connecticut, Judicial District of Fairfield at Bridgeport be discontinued.

Respectfully submitted,

PETITIONERS/DEFENDANTS,
JIMMY PERALTA-PENA, NORLIN REYES,
AND CRST SPECIALIZED
TRANSPORTATION, INC.

By:__*Michael P. Kenney*____________

Michael P. Kenney, Esq.
Federal Bar No. ct26768
RYAN RYAN DELUCA LLP
185 Asylum Street, 6th Floor
Hartford, CT 06103
Phone: 860-785-5150
mpkenney@ryandelucalaw.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **MARIE DUPERVAL,** | **CASE NO.:** |
| **Plaintiff,** | |
| **v.** | |
| **JIMMY PERALTA-PENA, NORLIN REYES, AND CRST SPECIALIZED TRANSPORTATION, INC.,** | **CERTIFICATE OF SERVICE** |
| **Defendants.** | **OCTOBER 23, 2019** |

I hereby certify that on October 23, 2019, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

A copy of the foregoing was served via First Class Mail, postage prepaid, upon:

Michael J. Rosnick, Esq.
Miller, Rosnick, D'Amico, August & Butler, P.C.
1087 Broad St.
Bridgeport CT 06604
*Attorneys for the Plaintiff*

*Michael P. Kenney*
Michael P. Kenney, Esq.

# EXHIBIT A

| | | |
|---|---|---|
| RET: 5TH TUESDAY OCTOBER 2019 | : | SUPERIOR COURT |
| MARIE DUPERVAL | : | J.D. OF FAIRFIELD |
| V. | : | AT BRIDGEPORT |
| JIMMY PERALTA-PENA, NORLIN REYES, AND CRST SPECIALIZED TRANSPORTATION, INC. A/K/A SPECIALIZED TRANSPORTATION, INC. | | SEPTEMBER 20, 2019 |

**COMPLAINT**

**FIRST COUNT: (As To All Defendants)**

1. On or about November 2, 2018 at approximately 2:18 p.m., the Plaintiff, MARIE DUPERVAL, was operating a motor vehicle in a southerly direction on Westport Road (Route 33) in Wilton, Connecticut, in the vicinity of CL&P pole number 24198.

2. At said time and place, the Defendant, JIMMY PERALTA-PENA, was operating a motor vehicle, which was owned by the Defendant, NORLIN REYES, and/or the Defendant, CRST SPECIALIZED TRANSPORTATION, INC. A/K/A SPECIALIZED TRANSPORTATION, INC., in a southerly direction on Westport Road (Route 33) in Wilton, Connecticut, in the vicinity of CL&P pole number 24198, and somewhere behind the Plaintiff's motor vehicle.

3. At all relevant times herein, the Defendant, NORLIN REYES, and/or the Defendant, CRST SPECIALIZED TRANSPORTATION, INC. A/K/A SPECIALIZED

LAW OFFICES
MILLER, ROSNICK, D'AMICO, AUGUST & BUTLER, P.C.
1087 BROAD STREET
BRIDGEPORT, CT 06604-4262
(203) 334-0191
JURIS # 38116

TRANSPORTATION, INC., maintained said automobile as a family car for the use and convenience of members of their families, and that automobile was being operated by the Defendant, JIMMY PERALTA-PENA, within his general authority to operate it, and/or he was operating it, at all relevant times herein, as the agent, servant and/or employee of the Defendant, NORLIN REYES and/or the Defendant, CRST SPECIALIZED TRANSPORTATION, INC. A/K/A SPECIALIZED TRANSPORTATION, INC., and/or as a permissive user.

4. As the Plaintiff's vehicle was stopped at a red light, it was suddenly and without warning struck from behind by the Defendant's motor vehicle, causing the Plaintiff to suffer the injuries and damages hereinafter set forth.

5. The aforesaid collision and resulting injuries and damages to the Plaintiff were caused by the negligence and carelessness of the Defendant, JIMMY PERALTA-PENA, in one or more of the following respects:

a. in that he was inattentive and failed to keep a proper lookout;

b. in that he failed to keep his motor vehicle under reasonable and proper control as to enable him to avoid the collision;

c. in that he failed to stay in his lane of travel in violation of §14-236 of the Connecticut General Statutes;

d. in that he was operating his motor vehicle at an unreasonable, improper and excessive rate of speed having regard to the curves, width, traffic and

LAW OFFICES
MILLER, ROSNICK, D'AMICO,
AUGUST & BUTLER, P.C.
1087 BROAD STREET
BRIDGEPORT, CT 06604-4262
(203) 334-0191
JURIS # 38116

use of said highway, the intersection of said streets and the weather conditions then and there existing in violation of Connecticut General Statutes §14-218a;

e. in that he approached the Plaintiff's vehicle without reducing the speed of his vehicle;

f. in that he failed to stop and/or turn his vehicle in time to avoid a collision;

g. in that he failed to sound his horn or otherwise warn of his approach;

h. in that he failed to apply his brakes reasonably and in time to avoid said collision when he could have or should have done so in the exercise of reasonable care;

i. in that he was a distracted driver in violation of Conn. Gen. Stat. § 14-296aa; and,

j. in that he did not use the degree of care which a reasonable and prudent person would have used under like circumstances.

6. As a proximate result of said occurrence and of the carelessness and negligence of the Defendant, the Plaintiff, MARIE DUPERVAL, sustained the following injuries of a serious, painful and permanent nature:

a. lumbar radiculopathy;

b. a sprain/strain of the lumbar spine spine;

LAW OFFICES
MILLER, ROSNICK, D'AMICO, AUGUST & BUTLER, P.C.
1087 BROAD STREET
BRIDGEPORT, CT 06604-4262
(203) 334-0191
JURIS # 38116

c. a sprain of the ligaments of the lumbar spine;

d. lumbar nerve root compression;

e. reduced range of motion of the lumbar spine;

f. cervical radiculopathy;

g. a sprain/strain of the cervical spine;

h. a sprain of the ligaments of the cervical spine;

i. cervical nerve root compression;

j. cephalgia;

k. reduced range of motion of the cervical spine;

l. thoracic sprain/strain;

m. reduced range of motion of the thoracic spine;

n. bilateral shoulder pain and injury;

o. bilateral elbow pain and injury;

p. right elbow pain and injury, and numbness and tingling;

q. tendonitis in right elbow;

r. bilateral leg pain and injury;

s. bilateral knee pain and injury;

t. headaches;

u. dizziness;

LAW OFFICES
MILLER, ROSNICK, D'AMICO,
AUGUST & BUTLER, P.C.
1087 BROAD STREET
BRIDGEPORT, CT 06604-4262
(203) 334-0191
JURIS # 38118

v. muscle spasms;

w. sleep disturbance; and,

x. bruises, sprains and contusions of her head, body and limbs.

7. As a further result of the Defendant's negligence and/or carelessness, the Plaintiff, MARIE DUPERVAL, received a general shock to her nervous system. She has endured and will continue to endure for a long period of time, great mental and physical suffering. She has been and will be permanently restricted and deprived of the usual pleasures, pursuits, diversions and recreations of life.

8. As a further result of the Defendant's negligence, the Plaintiff has incurred expenses for medical care and attention and may continue to do so in the future.

LAW OFFICES
MILLER, ROSNICK, D'AMICO, AUGUST & BUTLER, P.C.
1087 BROAD STREET
BRIDGEPORT, CT 06604-4262
(203) 334-0191
JURIS # 38116

WHEREFORE, the Plaintiff claims monetary damages through the jurisdiction of this Court.

THE PLAINTIFF,

By______________________________

MICHAEL J. ROSNICK
MILLER, ROSNICK, D'AMICO
AUGUST & BUTLER, P.C.
1087 Broad Street
Bridgeport, CT 06604
Phone: (203) 334-0191
Fax: (203) 334-3463
Juris #: 038116

LAW OFFICES
MILLER, ROSNICK, D'AMICO,
AUGUST & BUTLER, P.C.
1087 BROAD STREET
BRIDGEPORT, CT 06604-4262
(203) 334-0191
JURIS # 38116

| | | |
|---|---|---|
| RET: 5TH TUESDAY OCTOBER 2019 | : | SUPERIOR COURT |
| MARIE DUPERVAL | : | J.D. OF FAIRFIELD |
| V. | : | AT BRIDGEPORT |
| JIMMY PERALTA-PENA, NORLIN REYES, AND CRST SPECIALIZED TRANSPORTATION, INC. A/K/A SPECIALIZED TRANSPORTATION, INC. | : | SEPTEMBER 20, 2019 |

**AMOUNT IN DEMAND**

The amount, legal interest or property in demand is FIFTEEN THOUSAND AND NO/100 DOLLARS ($15,000.00) DOLLARS or more exclusive of interest and costs.

THE PLAINTIFF,

By______________________

MICHAEL J. ROSNICK
MILLER, ROSNICK, D'AMICO
AUGUST & BUTLER, P.C.
1087 Broad Street
Bridgeport, CT 06604
Phone: (203) 334-0191
Fax: (203) 334-3463
Juris #: 038116

LAW OFFICES
MILLER, ROSNICK, D'AMICO,
AUGUST & BUTLER, P.C.
1087 BROAD STREET
BRIDGEPORT, CT 06604-4262
(203) 334-0191
JURIS # 38116

# EXHIBIT B

DOCKET NO.: FBT-CV19-6090434-S

MARIE DUPERVAL

v.

JIMMY PERALTA-PENA, ET AL.

SUPERIOR COURT

J.D. OF FAIRFIELD

AT BRIDGEPORT

OCTOBER 23, 2019

**NOTICE OF REMOVAL TO FEDERAL COURT**

NOW COME defendants JIMMY PERALTA-PENA, NORLIN REYES, and CRST SPECIALIZED TRANSPORTATION, INC. by and through their undersigned counsel, and hereby provide notice that they have this date filed a petition for removal of this matter with the United States District Court, District of Connecticut. A copy of said Petition (without exhibits) is attached hereto as Exhibit A.

The defendants respectfully request that this notice be docketed and that proceedings in this Court be discontinued.

Respectfully submitted,

DEFENDANTS,
JIMMY PERALTA-PENA, NORLIN REYES,
AND CRST SPECIALIZED
TRANSPORTATION, INC.

By: *413253*

Michael P. Kenney, Esq.
RYAN RYAN DELUCA LLP
185 Asylum Street, 6th Floor
Hartford, CT 06103
Juris No. 436612
Phone: 860-785-5150
mpkenney@ryandelucalaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on October 23, 2019, a copy of the above was served via First Class Mail, postage prepaid, upon the following counsel and pro se parties of record:

Michael J. Rosnick, Esq.
Miller, Rosnick, D'Amico, August & Butler, P.C.
1087 Broad St.
Bridgeport CT 06604
*Attorneys for the Plaintiff*

*413253*
Michael P. Kenney, Esq.