UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARIE DUPERVAL<br>Plaintiff | CASE NO: 3:19-cv-01668 (VAB) |
| v. | |
| JIMMY PERALTA-PENA, ET AL<br>Defendants | AUGUST 11, 2020 |

PLAINTIFF'S MOTION TO WITHDRAW CLAIM

The Plaintiff, MARIE DUPERVAL, hereby requests a withdrawal of all claims WITH PREJUDICE against the Defendants, **JIMMY PERALTA-PENA, NORLIN REYES and CRST SPECIALIZED TRANSPORTATION, INC.**, in the above-captioned matter.

THE PLAINTIFF

By_____
MICHAEL J. ROSNICK
MILLER, ROSNICK, D'AMICO,
 AUGUST & BUTLER, P.C.
1087 Broad Street
Bridgeport, CT 06604
Phone: (203) 334-0191
Fax: (203) 334-3463
Email: mjr@millerandrosnick.com
Fed Bar # ct27505

1

## CERTIFICATE OF SERVICE

I hereby certify that on August 11, 2020, a copy of the foregoing document was filed electronically and served by mail upon anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

_____
MICHAEL J. ROSNICK